# IN THE COURT OF APPEALS OF TENNESSEE
## MIDDLE SECTION AT NASHVILLE

**FILED**

**December 30, 1997**

**Cecil W. Crowson**
**Appellate Court Clerk**

JERRY HAMMOCK and wife )
RUBY HAMMOCK, et al., )
    )
    )
Plaintiffs/Appellants, )
    )    Sumner Circuit
    )    No. 15861-C
VS. )
    )    Appeal No.
    )    01A01-9710-CV-00600
SUMNER COUNTY, TENNESSEE, )
    )
Defendant/Appellee. )

## OPINION DENYING PETITION FOR REHEARING

Sumner County has filed a timely petition for rehearing in accordance with Tenn. R. App. P. 39 requesting this court to reconsider its December 5, 1997 opinion because it misapprehends the application of Tenn. R. Civ. P. 26.02(3) and 26.02(4). Citing *Taylor v. Anderson-Tully Co.*, 151 F.R.D. 295, 296 (W.D. Tenn. 1993), the County asserts that the routine disclosure of an expert's report prior to deposing the expert is "not a practice to be encouraged." We respectfully disagree. Accordingly, the petition for rehearing is denied.

_____
HENRY F. TODD, PRESIDING JUDGE
MIDDLE SECTION

_____
BEN H. CANTRELL, JUDGE

_____
WILLIAM C. KOCH, JR., JUDGE